**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DONG LIN,

                               Petitioner,                   25 **CIVIL** 10115 (DEH)

        -against-                               **JUDGMENT**

JUDITH ALMODOVAR, ET AL.,
                            Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 12, 2025, the Petition is GRANTED and that Petitioner be released from custody no later than 5 p.m. on December 13, 2025. Respondents shall certify compliance with this Order with a filing on the docket.

Respondents are further ENJOINED from re-detaining Petitioner without a valid exercise of discretion consistent with *Lopez Benitez*. *Cf. Hyppolite v. Noem*, 25 Civ. 4304, 2025 WL 2829511, at \*16 (E.D.N.Y. Oct. 6, 2025). It is further **ORDERED** that Respondents are ENJOINED from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with *Lopez Benitez*; and it is further **ORDERED** that, if Petitioner is granted bond, Respondents are **ENJOINED** from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). Order, *Aguilar Lares v. Bondi*, No. 25-CV-01562 (E.D. Va. Oct. 29, 2025), Dkt. No. 19. Judgment is entered in favor the Petitioner.

**DATED:** New York, New York
            December 12, 2025

                                    **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                       BY:
                                      **Deputy Clerk**